IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHELLE Y. MANGUM, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **1:05-CV-1815-CC-CCH** |
| v. | ) | |
| | ) | |
| CITIGROUP GLOBAL | ) | |
| MARKETS, INC. d/b/a | ) | |
| SMITH BARNEY CITIGROUP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT CASE STATUS REPORT

Pursuant to this Court's Order, the parties hereby file this joint case status report, showing the Court the following:

On June 19, 2006, the Court ordered that this litigation be stayed pending arbitration of the Plaintiff's claims in this matter. Arbitration procedures under the NASD Arbitration Guidelines are continuing and the parties and the selected arbitration panel participated in an initial pre-hearing telephone conference on May 22, 2007, during which the parties agreed upon the dates for the final hearing, which will occur on February 12-15, 2008, as well as other pre-hearing deadlines. The parties will update the Court of the status of the arbitration proceedings again in ninety (90) days.

This __4__ day of June, 2007.

PARKER, HUDSON, RAINER & DOBBS LLP

By: _____

G. Wayne Hillis, Jr.
Georgia Bar No. 354090
whillis@phrd.com
Cinnamon V. Davis
Georgia Bar No. 428505
cdavis@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Ave., N.E. 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

MILES, MCGOFF & MOORE, LLC

By: _____  / with express permission CVD

Larry A. Pankey
Georgia Bar No. 560725

4360 Chamblee-Dunwoody Road
Suite 400
Atlanta, GA 30341-1055
Telephone: (404) 457-7000
Facsimile: (404) 455-3555

## CERTIFICATE OF SERVICE

I hereby certify that on June ___4___, 2007, I electronically filed **JOINT CASE STATUS REPORT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Larry A. Pankey, Esq.
> lpankey@law-ga.com
> kroll@law-ga.com

This _ "4 day of June, 2007.

Cinnamon V. Davis
Georgia Bar No. 428505

Parker Hudson Rainer & Dobbs LLP
285 Peachtree Center Avenue, N.E.
Suite 1500
Atlanta, Georgia  30303
(404) 523-5300
(404) 522-8409 (facsimile)

548432_1